IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Larry Elliott Klayman, et al., | |
|     Appellees-Cross-Appellants, | |
| v. | |
| Barack Hussein Obama, et al., | Nos. 14-5005, 14-5017 |
|     Appellants-Cross-Appellees, | |
| Facebook et al. | |
|     Appellees. | |

**STATEMENT OF ISSUE TO BE RAISED**

Whether the district court erred in entering preliminary injunctive relief against alleged aspects of a government intelligence-gathering program.

                        Respectfully submitted,

                        Douglas N. Letter
                        (202) 514-3602

                        H. Thomas Byron III
                        (202) 616-5367

                        **/s/ Henry C. Whitaker**
                        Henry C. Whitaker
                        (202) 514-3180
                           Attorneys, Appellate Staff
                           Civil Division
                           U.S. Department of Justice
                           950 Pennsylvania Ave., N.W.
                           Room 7256
                           Washington, D.C. 20530

FEBRUARY 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                **/s/ Henry C. Whitaker**
                                                Henry C. Whitaker