# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-5005**                    **September Term, 2013**

**1:13-cv-00881-RJL**

**Filed On: May 6, 2014** [1491702]

Larry Elliott Klayman, et al.,

       Appellees

    v.

Barack Hussein Obama, et al.,

       Appellants

Facebook, et al.,

       Appellees

----------------------------

Consolidated with 14-5017

## O R D E R

Upon consideration of the motion of the Center for National Security Studies for leave to participate as amicus curiae, and appellees' notice of consent thereto, it is

**ORDERED** that the motion be granted.

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
      Mark A. Butler
      Deputy Clerk